United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

*In re Malibu Media BitTorrent Copyright Infringement Litigation*

No. C 16-06134 WHA
No. C 16-06240 WHA

**ORDER DISMISSING ACTIONS**

/

As stated at the case management conference in this action that occurred on May 18, 2017, this action is dismissed for lack of prosecution. The Clerk shall please **CLOSE THE FILE**.

Dated: May 25, 2017.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE